1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  DALE BISH, State Bar No. 235390
   Email: dbish@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Defendant
8  NETFLIX, INC.

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | |
|---|---|
| JASON BERNAL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant, | CASE NO.: 11 CV 00820 PSG<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT DUE TO PENDING MOTION TO CONSOLIDATE |

1    WHEREAS, on February 22, 2011, Plaintiff Jason Bernal ("Plaintiff") filed a class action complaint against Netflix, Inc. ("Netflix") alleging violations of the Video Privacy Protection Act ("VPPA") and other claims arising from Netflix's alleged data retention practices;

2    WHEREAS, in addition to this action, to date, four additional class action complaints have been filed in this judicial district that contain substantially similar allegations and causes of action, and that seek the same relief as this action, specifically Milans v. Netflix, Inc., Case No. 11-CV-0379 JF (the "Milans Action"); Rura v. Netflix, Inc., Case No. 11-CV-01075 SBA (the "Rura Action"); Comstock v. Netflix, Inc., Case No. 11-CV-1218 HRL (the "Comstock Action"); and Sevy v. Netflix, Inc., Case No. 11-CV-01309 PSG;

3    WHEREAS, following a motion filed by Plaintiff, on March 10, 2011, this Court issued an order relating this case with the Milans Action;

4    WHEREAS, on March 11, 2011, plaintiffs in the Rura Action and this action filed a motion in the Milans Action for an order (1) consolidating this action and the Rura Action with the Milans Action; and (2) appointing Bursor & Fisher, P.A. and Faruqi & Faruqi, LLP as Interim Lead Co-Class Counsel, which motion is currently set to be heard on May 6, 2011 (the "Consolidation Motion");

5    WHEREAS, Netflix's response to the complaint in this action is currently due on or before March 25, 2011;

6    WHEREAS, Netflix has requested, and plaintiffs in each of the actions referenced herein have agreed to, an extension of time for Netflix to respond to the complaint pending resolution of the Consolidation Motion and appointment of a lead plaintiff.

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 00820 PSG

-2-

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1. Netflix shall respond to the complaint within 30 days after the cases are consolidated and a consolidated complaint is filed, or, in the event that the Court denies the pending Consolidation Motion, within 30 days of the issuance of such order.

2. This stipulation is without prejudice to the rights, claims, or defenses of any party, and shall not be used by Netflix as evidence of, or to support any argument that, Plaintiff has not timely pursued his claims or has not been diligent.

Dated: March 22, 2011

        s/ Rodney G. Strickland, Jr.

Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.

Dated:  March 22, 2011

        s/ L. Timothy Fisher

L. Timothy Fisher
BURSOR & FISHER, P.A.

Attorneys for Plaintiff Jason Bernal

**[PROPOSED] ORDER**

Netflix shall respond to the complaint no later than 30 days after the cases are consolidated and a consolidated complaint is filed, or, in the event that the Court denies the pending Consolidation Motion, within 30 days of the issuance of such order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/25/11

_____
UNITED STATES DISTRICT JUDGE

1  I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are
2  being used to file the Stipulation And [Proposed] Order Regarding Defendant's Response to the
3  Complaint. I hereby attest L. Timothy Fisher has concurred in this filing.

Dated: March 22, 2011

                                             s/ Rodney G. Strickland, Jr.

                                             Rodney G. Strickland, Jr.
                                             WILSON SONSINI GOODRICH & ROSATI

                                             Attorneys for Defendant
                                             NETFLIX, INC.

# CERTIFICATE OF SERVICE BY MAIL

I, Linda Koontz, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT DUE TO PENDING MOTION TO CONSOLIDATE** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

**Joseph I. Marchese**
Bursor & Fisher, P.A.
369 Lexington Avenue
10th Floor
New York, NY 10017

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on March 22, 2011.

/s/ Linda Koontz
_____
Linda Koontz